IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Criminal No. 7:24-CR-44-1M
Civil No. 7:25-CV-566-1M

| | |
|---|---|
| WILLIAM RASHIEM LANE, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | )<br>) ORDER<br>) |
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Respondent. | ) |

The court, having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, DIRECTS the United States Attorney to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED this 2d day of April, 2025.

_Richard E. Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE