IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Criminal No. 7:24-CR-00044-M
Civil No. 7:25-CV-00566-M

| | | |
|---|---|---|
| WILLIAM RASHIEM LANE, | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter comes before the court on the Petitioner's Pro Se Motion to Voluntarily Dismiss 2255 Motion Without Prejudice [DE 44]. Petitioner seeks to withdraw his petition, asserting that he would like to "properly" re-state his claims on the court's required form. Typically, the court enforces its form requirement when a pro se filing is facially vague or appears incomplete. Neither appears to be the case here, and the Respondent has filed a motion to dismiss without mention of the form requirement.

In any event, to ensure a full and complete record, the court will GRANT the motion. Petitioner's Motion to Vacate Sentence under § 2255 [DE 33] is WITHDRAWN and Respondent's Motion to Dismiss [DE 39] is DENIED WITHOUT PREJUDICE as moot. The Clerk of the Court is DIRECTED to provide Petitioner a § 2255 petition form with a copy of this order.

SO ORDERED this 6th day of August, 2025.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE